1  **RICHARD A. HARRIS**, ESQ.
   Nevada State Bar No.  505
2  **JOSHUA R. HARRIS, ESQ.**
   Nevada State Bar No.  9580
3  RICHARD HARRIS LAW FIRM
   801 S FOURTH ST.
4  LAS VEGAS  NV  89101
5  Ph:  (702) 444-4392
   Fax: (702) 444-4455
6  Email: rick@richardharrislaw.com
7    Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID JAMES CUNNINGHAM,

                           Case No.  2:13-cv-02025-APG-GWF

Plaintiff,

    v.                     UNOPPOSED MOTION FOR LEAVE TO FILE

                         AMENDED MOTION FOR REMAND

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_____

     Plaintiff, by and through his attorney, JOSHUA R. HARRIS, ESQ., respectfully requests leave from the Court to file an amended **MOTION FOR REMAND**.  Opposing Counsel has no

objection to this request.

The amended version of Plaintiff's brief consists of a *de minimis* correction to one sentence on page 5. Counsel (by the firm's contract appellate brief writer, Linda Ziskin) inadvertently submitted a slightly incomplete version of the brief, which was missing the rest of the sentence after the word, "Specifically[.]" That sentence was nothing more than a brief identification of the issue that followed in the Argument section of the brief. There were no substantive changes or additions to the brief. Plaintiff apologizes to the Court for the *post hoc* nature of this request.

DATED this 24th day of July, 2014.

/s/ *Joshua R. Harris*
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
Ph: (702) 444-4392
  Of Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: July 25, 2014