# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID JAMES CUNNINGHAM,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

Case No. 2:13-cv-02025-LDG (GWF)

**ORDER**

    The plaintiff, David James Cunningham, brought this matter seeking review of the final decision of the Commissioner denying his application for a period of disability and disability benefits. Cunningham moves to reverse the decision and remand for either an immediate award of benefits or, alternatively, for a new hearing and further proceedings (#22), which motion he subsequently amended (#25).[1] The Commissioner opposes the motion and further moves to affirm the decision (## 23, 24).

    The Court referred this matter to the Magistrate Judge for a report of findings and a recommendation, which the Magistrate Judge entered (#33). The Magistrate Judge

---

[1] The amended motion consisted of a *de minimus* correction, and was not opposed by the Commissioner.

recommends that Cunningham's motion be denied, and that the Commissioner's motion be granted. The Magistrate Judge further notified the parties that any objection to the Report and Recommendation was to be made in writing and filed within fourteen days. Neither party has filed objections.

Having reviewed the motions and memoranda, the record, and the Report and Recommendation,

THE COURT **ADOPTS** the Report and Recommendation (#33);

THE COURT **ORDERS** that plaintiff David James Cunningham's Motion for Reversal and Remand (#22, 25) is DENIED;

THE COURT FURTHER **ORDERS** that defendant Commissioner of Social Security Administration's Cross-Motion to Affirm (#24) is GRANTED.

DATED this ____ day of May, 2016.

Lloyd D. George
United States District Judge