# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID JAMES CUNNINGHAM,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security
Administration,

    Defendant.

Case No. 2:13-cv-02025-LDG (GWF)

**JUDGMENT**

    The Court having granted defendant's Cross-motion to Affirm (#24), therefore,

    THE COURT **ORDERS and ADJUDGES** that the final decision of the Commissioner of the Social Security Administration's is AFFIRMED.

DATED this _____ day of May, 2016.

_____
Lloyd D. George
United States District Judge